**PECKAR & ABRAMSON, P.C.**
Steven J. Weber, VSB No. 35573
Gregory R. Begg, *Pro Hac Vice*
Lauren Rayner Davis, *Pro Hac Vice*
2055 L Street, NW, Suite 750
Washington, DC  20036
Telephone:  (202) 293-8815
Email(s):    SWeber@pecklaw.com
                   GBegg@pecklaw.com
                   LDavis@pecklaw.com
*Attorneys for Plaintiff, Dark Circuit Labs, Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DARK CIRCUIT LABS, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **BLACK SAILS SECURITY LLC, JOHN CARPENTER, ERIC MISSIMER**, **MICHAEL FRANK,** and **KEITH HADDOCK**, <br><br> Defendants. | Case No.:  1:23-cv-00326 <br><br> <u>**CIVIL RULE 7.1 STATEMENT**</u> |

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Direct Circuit Labs, Inc. ("Plaintiff") in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

Dated: March 27, 2023

**PECKAR & ABRAMSON, P.C.**
*Attorneys for Plaintiff, Dark Circuit Labs, Inc.*

_____
STEVEN J. WEBER, VSB No. 35573