# EXHIBIT K



Chase Bertke <chase@darkcircuitlabs.com>

# Memorandum of event
2 messages

**Ronald Pelkey** <ron@darkcircuitlabs.com>  Mon, Jan 16, 2023 at 6:59 PM
To: Chase Bertke <chase@darkcircuitlabs.com>, Ronald Pelkey <ron@darkcircuitlabs.com>

On or about 6pm on January 16th, Chase and myself had a conversation with John about the realignment of his duties. After this conversation I reached out to Eric to have a follow up discussion to discuss the outcome. He then sent the text messages below which were interpreted to be for John. Eric then deleted the messages and tried to change the context of the messages as seen below.



**Eric Missimer** — 1w

Thu, Jan 5

**Today**

> You free around 540? Want to have a quick call — 5:17 PM

At the gym what's up? — 29m

> Nothing big, just wanted to back track with you on the Anthony thing and make sure we're all on the same page — Now

Oh so he just wanted to talk about Antony — Now

Good — Now

Man they are handling this poorly — Now

6:55 .ıll 5G 42

**Eric Missimer** @
⏱ 1w

⤹ Eric called you · Jan 5 12:19 PM

Thu, Jan 5

⤹ Eric called you · Jan 5 12:20 PM

⤴ You called Eric · Jan 5 12:23 PM

Call Again

Today

**You:** You free around 540? Want to have a quick call
5:17 PM

**Eric:** At the gym what's up? 48m

**You:** Nothing big, just wanted to back track with you on the Anthony thing and make sure we're all on the same page
19m

**Eric:** Oh so he just wanted to talk about Antony
18m

**Eric:** Good 18m

*This message was deleted.* 18m

**Eric:** Meant to say "he" 17m

**Eric:** And you in the first message 17m

📞✕ Missed call · Jan 16 6:38 PM

Call Back

Message