# EXHIBIT L

Dark Circuit Labs Mail - Meeting in person tomorrow at DEP II?

Case 1:23-cv-00326-LMB-LRV   Document 20-14   Filed 04/06/23   Page 2 of 2 PageID# 683

4/5/23, 3:45 PM



Eric Missimer <eric@darkcircuitlabs.com>

## Meeting in person tomorrow at DEP II?

**Haddock, Keith** <keith.haddock@lmco.com>   Thu, Jan 26, 2023 at 12:06 PM
To: Owners <owners@darkcircuitlabs.com>, "eric@darkcircuitlabs.com" <eric@darkcircuitlabs.com>, "john.carpenter@darkcircuitlabs.com" <john.carpenter@darkcircuitlabs.com>

Hi all

Can we all meet in person Friday (tomorrow) to discuss the DarkCircuit / BlackSails ConOp going forward and come to an early agreement?  If yes, is noon ok?  I have all day so just let me know what works best.  If noon works, I'll have lunch provided.

Thanks very much!

Keith