# EXHIBIT M



Larry Littleton <larry@darkcircuitlabs.com>

## MFR

**Ronald Pelkey** <ron@darkcircuitlabs.com>  Wed, Feb 1, 2023 at 12:00 PM
To: Chase Bertke <chase@darkcircuitlabs.com>, Larry Littleton <larry@darkcircuitlabs.com>

On or around January 31st I had a brief text communication with Mike Frank informing that DCL was performing an internal investigation regarding John Carpenters new company BSS. Mike stated that John had informed him of the new company and stated that "they" would send him an offer letter and that Mike could join BSS. There was no mention of who "they" entails, but speculation is that they is Eric and John. At the very least this demonstrates that John has and is soliciting current DCL employees. Screenshots of the communications are provided below. A further MFR will be drafted after my meeting with Mike Frank this evening.



outside of us. — 11:26 AM

Yesterday

Hey Ron, I can't meet up tonight but can do tom, Thurs, or Friday

John told me about it, kind of surprising. He said that they would get me an offer and I can join, but that's all it is now — 5:28 PM

Yeah it was a little surprising, I thought things were going great, but we're trying to move through it amicably. No worries if you can't meet tonight, let's meet up tomorrow. Happy to meet you tomorrow wherever and whenever works for you — 5:37 PM

Yeah, for sure, I'd love to get your perspective. — 5:57 PM

Absolutely dude, burger shack after work tomorrow? — 6:12 PM





**Mike Frank**

> Hey Mike, as you may or may not be aware, DCL is conducting an internal investigation regarding John Carpenter and his new company, Black Sails Security, and your name was mentioned during the investigation. What time are you available tonight to meet up and discuss? I can meet you at a location that is convenient for you. As a heads up this is confidential information and shouldn't be discussed outside of us.
> 
> 11:26 AM

Hey Ron, I can't meet up tonight but can do tom, Thurs, or Friday
5:27 PM

John told me about it, kind of surprising. He said that they would get me an offer and I can join, but that's all it is now
5:28 PM

> Yeah it was a little surprising, I thought things were going great, but we're trying to move through it amicably. No worries if you

--
All information and any attachments within this email are Dark Circuit Labs, Inc. proprietary information, and is intended only for the recipients of this email.