# EXHIBIT N



**Micheal Frank <mike.frank@darkcircuitlabs.com>**

# Frank Status
1 message

**mike.frank@darkcircuitlabs.com** <mike.frank@darkcircuitlabs.com>　　　　　　　　　　Fri, Feb 24, 2023 at 9:07 AM
To: "Haddock, Keith" <keith.haddock@lmco.com>

Hey Keith,

　　　I talk to John & Eric pretty much daily about what's going on with DCL. I figured out something was up sometime last year, and given the fact that Eric and are I close, I was fortunate enough to be in a position to help them work through this. Anyways, it seems that at this point the writing is on the wall that we (current employees) (possibly all) of us will need to make a transition in the near future, and that BSS will not be setting sail anytime this year. My understanding is that you have been in contact with Paul from TNS and he's willing to provide a soft landing spot.

　　　Alternatively, I've known Stan Nolen from PLEX for a few years, and I think that his model of tool development aligns nicely with the work we do offsite, and it could be a good setup for me and possibly others. I know that may be more difficult to negotiate for obvious reasons. I would love for you to talk to him, or just hear what you think I should do in the next coming months (if anything at the moment).

Regards,

Mike