# EXHIBIT O



**Larry Littleton <larry@darkcircuitlabs.com>**

## Resignation

**John Carpenter** <jmc7dt@virginia.edu>  Fri, Mar 3, 2023 at 6:56 PM
To: Ronald Pelkey <ron@darkcircuitlabs.com>, Chase Bertke <chase@darkcircuitlabs.com>
Cc: Larry Littleton <larry@darkcircuitlabs.com>

All,

I am resigning from Dark Circuit Labs effective April 3, 2023. Within that time I will be passing over critical work to on-site developers and working with the government to ensure a smooth transition. This is my 30 days' notice.

VR,

John Carpenter