# EXHIBIT P



Larry Littleton <larry@darkcircuitlabs.com>

---

## Frank Status

---

**mike.frank@darkcircuitlabs.com** <mike.frank@darkcircuitlabs.com>   Tue, Mar 14, 2023 at 10:56 AM
To: Ronald Pelkey <ron@darkcircuitlabs.com>, Larry Littleton <larry@darkcircuitlabs.com>, Chase Bertke <chase@darkcircuitlabs.com>

Ron, Larry, Chase,


Mostly due to recent events, I am tendering my resignation as of tomorrow at 5:00 PM. At this point I do not know where I will be employed in the future. I greatly thank you for the opportunity that DCL provided, and I'm sure our paths will cross again.


My personal email is REDACTED          for any and all future communications.


Regards,

Michael Frank