# EXHIBIT Q

**Davis, Lauren Rayner**

| | |
|---|---|
| **From:** | Broderick Dunn <BDunn@cookcraig.com> |
| **Sent:** | Thursday, March 16, 2023 8:06 PM |
| **To:** | Davis, Lauren Rayner |
| **Cc:** | Cristina Aguirre |
| **Subject:** | Fwd: Shipment of Computer Equipment |
| **Attachments:** | receipt.jpeg; tracking.jpeg |

Lauren,

See the attached.  Dr. Missimer has shipped all of the equipment requested by DCL back to the Company.  The receipts and tracking numbers are here.

Please have the Company forward a check in the amount of $757.24 to Dr. Missimer care of my law firm.

Many thanks,

Broderick

Get [Outlook for iOS](#)