# EXHIBIT R

| | | |
|---|---|---|
| Actor: Is: john.carpenter@darkcircuitlabs.c... ✕ | + Add a filter | CLEAR FILTERS |

SEARCH

Showing 1–38 of 38 results    Export all

| Date ↓ | Document ID | Title | Document type | Prior visibility |
|---|---|---|---|---|
| | | John Carpenter downloading this document on 11/10/22 and 11/15/22 after it was updated | | |
| 2022-12-12T16:23:26-05:00 | 1TlOZ...wGgsz1Ck | I - Weekly Labor Report_REDACTED_DCL_4105140804_09.... | Microsoft Excel | |
| 2022-11-15T19:44:43-05:00 | 1-wHc...g8NtHCxA | Business Dev Agenda | Google Document | |
| 2022-11-10T06:00:05-05:00 | 1-wHc...g8NtHCxA | Business Dev Agenda | Google Document | |
| 2022-11-09T20:58:28-05:00 | 1-wHc...g8NtHCxA | Business Dev Agenda | Google Document | |
| 2022-10-24T16:09:00-04:00 | 13Ip3...zBmSY0q0 | HR software wants | Google Document | |
| 2022-10-23T19:41:04-04:00 | 13Ip3...zBmSY0q0 | HR software wants | Google Document | |
| 2022-10-23T19:38:02-04:00 | 13Ip3...zBmSY0q0 | HR software wants | Google Document | |
| 2022-10-23T19:37:22-04:00 | 13Ip3...zBmSY0q0 | HR software wants | Google Document | |
| 2022-10-19T19:08:24-04:00 | 1DULg...9NcATVaI | C - Travel Proposal | Google Spreadsheet | |
| 2022-10-19T19:06:00-04:00 | 1DULg...9NcATVaI | C - Travel Proposal | Google Spreadsheet | |
| 2022-10-19T19:02:59-04:00 | 1DULg...9NcATVaI | C - Travel Proposal | Google Spreadsheet | |
| 2022-10-19T19:02:25-04:00 | 1v4Rz...EClkFvIU | C - Travel Proposal.xlsx | Microsoft Excel | |

M6 : 2601:140:8c80:f120:750e:c476:6cc9:e98

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Shared drive ID | Date | Document ID | Title | Document ty | Prior visibilit | Visibility | Event | Description | Actor | Owner | Target | IP address | Old valu |
| 2 | | 2023-01-08T15:59:59-05:0 | 10UKH6JyVF | I - Weekly Labor Report_Baz.UC.DCL_4 | Microsoft Ex | Unknown | Private | View | | John Carpent | john.carpent | john.carpenter@darkcircu | 2601:140:8c00:8dc0:2ed8:a9c0:18fc:ca17 | |
| 3 | | 2023-01-08T15:59:49-05:0 | 10UKH6JyVF | I - Weekly Labor Report_Baz.UC.DCL_4 | Microsoft Ex | Unknown | Private | Create | | John Carpent | john.carpent | john.carpenter@darkcircu | 2601:140:8c00:8dc0:2ed8:a9c0:18fc:ca17 | |
| 4 | | 2022-12-12T16:23:30-05:0 | 1TlOZ81gcw | I - Weekly Labor Report_Baz.UC.DCL_4 | Microsoft Ex | Unknown | Private | View | | John Carpent | john.carpent | john.carpenter@darkcircu | 2601:140:8c00:8dc0:ebae:e76b:ed61:f89d | |
| 5 | | 2022-12-12T16:23:26-05:0 | 1TlOZ81gcw | I - Weekly Labor Report_Baz.UC.DCL_4 | Microsoft Ex | Unknown | Private | Create | | John Carpent | john.carpent | john.carpenter@darkcircu | 2601:140:8c00:8dc0:ebae:e76b:ed61:f89d | |
| 6 | 0AASIjnxyhyZRUk9PVA | 2022-11-15T19:44:43-05:0 | 1-wHc00Fcvl | Business Dev Agenda | Google Docu | Unknown | Shared intern | Download | | John Carpent | john.carpent | Business Dev Agendas | 2601:140:8c80:f120:750e:c476:6cc9:e98 | |
| 7 | 0AASIjnxyhyZRUk9PVA | 2022-11-10T06:00:05-05:0 | 1-wHc00Fcvl | Business Dev Agenda | Google Docu | Unknown | Shared intern | Download | | John Carpent | john.carpent | Business Dev Agendas | 2601:140:8c80:f120:7da5:65b7:d55d:10 2 | |
| 8 | 0AASIjnxyhyZRUk9PVA | 2022:11-09T20:58:28-05:0 | 1-wHc00Fcvl | Business Dev Agenda | Google Docu | Unknown | Shared intern | View | | John Carpent | john.carpent | Business Dev Agendas | 2600:1003:b13e:c3b4:8d24:c0b0:3eb6:3 1b | |
| 9 | 0AP5i96CtHRdzUk9PVA | 2022-10-24T16:09:00-04:0 | 13Ip3jqR-w5 | HR software wants | Google Docu | Unknown | Shared exter | View | | John Carpent | john.carpent | Owners | | 2601:140:8c80:f120:3ae2:817a:9030:62cc | |
| 10 | 0AP5i96CtHRdzUk9PVA | 2022-10-23T19:41:04-04:0 | 13Ip3jqR-w5 | HR software wants | Google Docu | Unknown | Shared intern | Edit | | John Carpent | john.carpent | Owners | 2601:140:8c80:f120:3ae2:817a:9030:62cc | |
| 11 | 0AP5i96CtHRdzUk9PVA | 2022-10-23T19:38:02-04:0 | 13Ip3jqR-w5 | HR software wants | Google Docu | Unknown | Shared intern | Edit | | John Carpent | john.carpent | Owners | 2601:140:8c80:f120:3ae2:817a:9030:62cc | |
| 12 | 0AP5i96CtHRdzUk9PVA | 2022-10-23T19:37:22-04:0 | 13Ip3jqR-w5 | HR software wants | Google Docu | Unknown | Shared intern | View | | John Carpent | john.carpent | Owners | 2601:140:8c80:f120:3ae2:817a:9030:62cc | |
| 13 | | 2022-10-19T19:08:24-04:0 | 1DULgU-VD0 | C - Travel Proposal | Google Sprea | Unknown | Private | Email as Atta | | John Carpent | john.carpent | john.carpenter@darkcircuitlabs.com | | |
| 14 | | 2022-10-19T19:06:00-04:0 | 1DULgU-VD0 | C - Travel Proposal | Google Sprea | Unknown | Private | Edit | | John Carpent | john.carpent | john.carpenter@darkcircu | 65.205.14.2 | |