UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DARK CIRCUIT LABS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**BLACK SAILS SECURITY LLC, JOHN CARPENTER, ERIC MISSIMER, MICHAEL FRANK,** and **KEITH HADDOCK,**<br><br>Defendants. | Civil Action No.: 1:23-cv-00326-LMB-LRV |
| **ERIC MISSIMER,**<br><br>Plaintiff,<br>vs.<br><br>**DARK CIRCUIT LABS, INC.,**<br><br>Defendant. | Civil Action No.: 1:23-cv-00476-LMB-LRV |

**DECLARATION OF STEVEN J. WEBER, ESQ. IN SUPPORT OF
DARK CIRCUIT LABS, INC.'S MOTION TO CONSOLIDATE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42**

I, **STEVEN J. WEBER, ESQ.**, hereby declare and state as follows:

1. I am an attorney with the law firm Peckar & Abramson, P.C., counsel for Plaintiff Dark Circuit Labs, Inc. (hereafter "DCL"), and I make this declaration in support of Plaintiff's Motion to Consolidate ("Motion") pursuant to Federal Rule of Civil Procedure 42.

2. A true and correct copy of the First Amended Verified Complaint, dated March 23, 2023, and exhibits thereto, filed by DCL, as a plaintiff, against Missimer as a defendant,

entitled, *Dark Circuit Labs, Inc. v. Black Sails Security, LLC, John Carpenter, Eric Missimer, Michael Frank, and Keith Haddock*, Civil Action No. 1:23-cv-00326-LMB-LRV, pending within the United States District Court for the Eastern District of Virginia, Alexandria Division, is attached hereto and incorporated as **Exhibit 1** ("*DCL I*").

3. A true and correct copy of the Complaint, dated April 7, 2023, and exhibits thereto, filed by Eric Missimer, as a plaintiff against DCL as a defendant in the Circuit Court of Virginia, Fairfax County, is attached hereto and incorporated as **Exhibit 2** ("*DCL II*").

4. A true and correct copy of the Notice of and Petition for Removal, dated April 11, 2023, and exhibits thereto, filed by DCL to remove *DCL II* to this Court from the Fairfax County Circuit Court, is attached hereto and incorporated as **Exhibit 3**.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 12, 2023

Respectfully submitted,

Steven J. Weber, VSB No. 35573
Peckar & Abramson, P.C.
2055 L Street, NW, Suite 750
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
SWeber@pecklaw.com
*Attorneys for Plaintiff Dark Circuit Labs, Inc.*