UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DARK CIRCUIT LABS, INC.**, <br><br> Plaintiff, <br> vs. <br><br> **BLACK SAILS SECURITY LLC**, **JOHN CARPENTER**, **ERIC MISSIMER, MICHAEL FRANK,** and **KEITH HADDOCK**, <br><br> Defendants. | Civil Action No.: 1:23-cv-00326-LMB-LRV |
| **ERIC MISSIMER**, <br><br> Plaintiff, <br> vs. <br><br> **DARK CIRCUIT LABS, INC.**, <br><br> Defendant. | Civil Action No.: 1:23-cv-00476- LMB-LRV |

**[PROPOSED] ORDER**

**THIS MATTER**, having been opened by Plaintiff Dark Circuit Labs, Inc. (hereafter "DCL"), by way of a Motion to Consolidate pursuant to Federal Rule of Civil Procedure 42(a) ("FRCP") seeking an Order consolidating the actions of *Dark Circuit Labs, Inc. v. Black Sails Security, LLC, et al.*, Civil Action No. 1:23-cv-00236-LMB-LRV ("*DCL I*"), and *Eric Missimer v. Dark Circuit Labs, Inc.*, Civil Action No. 1:23-cv-00476-LMB-LRV ("*DCL II*"), and for such other and further relief as may be appropriate. The Court having reviewed the papers submitted in connection therewith, as well as all papers submitted in opposition or reply thereto; and for other good cause shown;

**IT IS** on this ____ day of _____ 2023;

**ORDERED** that DCL's Motion to Consolidate is **GRANTED** in its entirety; and it is further

**ORDERED** that *DCL I* and *DCL II* are hereby consolidated for all purposes including trial under Civil Action No. 1:23-cv-00236-LMB-LRV; and it is further

**ORDERED** that DCL shall serve a copy of this Order on all counsel of record within ___ days of this Order's entry.

_____
HON. LEONIE M. BRINKEMA, U.S.D.J.