UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIGINIA
Alexandria Division

**DARK CIRCUIT LABS, INC.**,

    **Plaintiff**,

v.   Case No.:   1:23-cv-00326

**BLACK SAILS SECURITY LLC,
JOHN CARPENTER, ERIC
MISSIMER, MICHAEL FRANK,**
and **KEITH HADDOCK**

    **Defendants**.

## MOTION TO DISMISS

Defendants Black Sails Security LLC ("Black Sails") and John Carpenter ("Carpenter") (together "Defendants"), pursuant to Federal Rules of Civil Procedure 12(b)(1), (b)(6), and (f), moves this Court to dismiss the Complaint in its entirety. The grounds for this Motion are set forth in the accompanying memorandum.

Done: April 14, 2023

Respectfully submitted,

BLACK SAILS SECURITY, LLC and
JOHN CARPENTER

    */s/Anne G. Bibeau*
Anne G. Bibeau (VSB 41488)
WOODS ROGERS VANDEVENTER BLACK PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Telephone: 757-446-8600
Facsimile: 757-446-8670
Anne.Bibeau@WRVBlaw.com

Pietro Sanitate (VSB 89538)
WOODS ROGERS VANDEVENTER BLACK PLC
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1550
Richmond, VA 23219
Telephone: 804-343-2059
Facsimile: 804-343-5021
Pietro.Sanitate@WRVBlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of April 2023, I caused a true and accurate copy of the foregoing Motion to Dismiss to be served on counsel of record via the CM/ECF system and via first-class mail to:

> Michael Frank
> 904 Elden Street
> Herndon, VA 20170

                                /s/Anne G. Bibeau