**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIGINIA**
Alexandria Division

**DARK CIRCUIT LABS, INC.**

    **Plaintiff,**

v.                                                              Case No.:  1:23-cv-00326-LMB-LRV

**BLACK SAILS SECURITY LLC,**
**JOHN CARPENTER, ERIC**
**MISSIMER, MICHAEL FRANK,**
**and KEITH HADDOCK**

    **Defendant.**

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Black Sails Security LLC in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

    BLACK SAILS SECURITY LLC

     /s/ Anne G. Bibeau
    Anne G. Bibeau, Esquire (VSB #41488)
    WOODS ROGERS VANDEVENTER BLACK PLC
    101 W. Main Street, Suite 500
    Norfolk, VA 23510
    Telephone: 757-446-8600
    Facsimile:757-446-8670
    Email:  Anne.Bibeau@wrvblaw.com

    Pietro Sanitate (VSB 89538)
    WOODS ROGERS VANDEVENTER BLACK PLC
    Riverfront Plaza, West Tower
    901 East Byrd Street, Suite 1550
    Richmond, VA 23219
    Telephone: 804-343-2059
    Facsimile: 804-343-5021
    Pietro.Sanitate@WRVBlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of April 2023, I caused a true and accurate copy of the foregoing Financial Interest Disclosure Statement to be served on counsel of record via the CM/ECF system and via first-class mail to:

>Michael Frank
>904 Elden Street
>Herndon, VA 20170

>_/s/Anne G. Bibeau_

4896-2171-2466,