# EXHIBIT S



Ronald Pelkey <ron@darkcircuitlabs.com>

## MFR

**Ronald Pelkey** <ron@darkcircuitlabs.com>  Sat, Mar 4, 2023 at 3:04 PM
To: "Begg, Gregory R." <gbegg@pecklaw.com>, Chase Bertke <chase@darkcircuitlabs.com>, "Davis, Lauren Rayner" <ldavis@pecklaw.com>, Larry Littleton <larry@darkcircuitlabs.com>

For our internal records, Dark Circuit Labs intends to fire Eric Missimer for cause no later than Tuesday, March 7th.

Cheers,
Ron
--
All information and any attachments within this email are Dark Circuit Labs, Inc. proprietary information, and is intended only for the recipients of this email.



Ronald Pelkey <ron@darkcircuitlabs.com>

## MFR

**Chase Bertke** <chase@darkcircuitlabs.com>   Mon, Mar 6, 2023 at 2:09 PM
To: Ronald Pelkey <ron@darkcircuitlabs.com>, Larry Littleton <larry@darkcircuitlabs.com>

Additionally, Dark Circuit Labs intends to fire John Carpenter for cause no later than Tuesday, March 7th.

Thank you,
Chase Bertke
CEO & Co-Founder
www.darkcircuitlabs.com



All information and any attachments within this email are Dark Circuit Labs, Inc. proprietary information, and is intended only for the receivers of this email.

[Quoted text hidden]