# EXHIBIT T



Ronald Pelkey <ron@darkcircuitlabs.com>

---

## Memorandum of Record

---

**Ronald Pelkey** <ron@darkcircuitlabs.com>  Thu, Jan 26, 2023 at 1:35 PM
To: Chase Bertke <chase@darkcircuitlabs.com>, Larry Littleton <larry@darkcircuitlabs.com>

On or about 1pm of January 26th Eric Missimer gave me a call and informed me that he has been aware of John Carpenter's new company, Black Sails Security LLC, since the beginning of December 2022. Eric stated that he and John solicited Keith Haddock, Lockheed Martin's project manager of the REDACTED task order and client of DCL, to obtain a sub contract on REDACTED for Black Sails Security so that Eric and John could continue working on the contract. Eric stated that he intended to take a month of paid leave and then quit on his return and Join John Carpenter's company.

Cheers,
Ron Pelkey
COO & Co-Founder
www.darkcircuitlabs.com



All information and any attachments within this email are Dark Circuit Labs, Inc. proprietary information, and is intended only for the recipients of this email.