# EXHIBIT V



Ronald Pelkey <ron@darkcircuitlabs.com>

## memorandum for the record

**Ronald Pelkey** <ron@darkcircuitlabs.com>    Thu, Jan 26, 2023 at 9:46 AM
To: Chase Bertke <chase@darkcircuitlabs.com>, Larry Littleton <larry@darkcircuitlabs.com>

On or about the evening of January 25th I received a phone call from Keith Haddock who is the project manager for Lockheed Martin on the REDACTED task order on the REDACTED IDIQ, whom is a current client of DCL. Keith informed me that he had a conversation with John Carpenter about a company that he started, Black Sails Security LLC, and confirmed that John intended to compete with Dark Circuit Labs and solicited Keith for a subcontract on the REDACTED REDACTED task order. At the time of this writing and the time of the conversation between Keith Haddock and John Carpenter, John is an employee of Dark Circuit Labs.

Cheers,
Ron Pelkey
COO & Co-Founder
www.darkcircuitlabs.com



All information and any attachments within this email are Dark Circuit Labs, Inc. proprietary information, and is intended only for the recipients of this email.