# CIVIL MOTION MINUTES

Date:  04/21/23            Judge: Brinkema_____
                           Reporter:  S. Austin____

Time:  9:59am – 10:14am___

Civil Action Number:  1: 23cv326_

 Dark Circuit Labs Inc            vs.  Black Sails Security LLC et al

Appearances in person of Counsel for     (X ) Pltf          (X ) Deft

Atty Dawn Mertineit appeared by telephone for Keith Haddock

Motion to/for:

 #20,21-Pltf Motion for TRO , Preliminary Injunction, Expedited Discovery
 #26 Pltf Motion to Consolidate Cases

Argued &
(26 ) Granted    (#20, 21) Denied   (    ) Granted in part/Denied in part
(  )Held in Abeyance (    ) Taken Under Advisement  (   ) Continued to (   ) Overruled

Court advised of case status

(  ) Memorandum Opinion to Follow

(X )  Order to follow