IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DARK CIRCUIT LABS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-cv-326 (LMB/LRV) |
| ) | |
| BLACK SAILS SECURITY LLC, et al., ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| ERIC MISSIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-cv-476 (LMB/LRV) |
| ) | |
| DARK CIRCUIT LABS INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, Plaintiff's Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery [Dkt. Nos. 20, 21] is DENIED, and Dark Circuit Labs, Inc.'s Motion to Consolidate Pursuant to Federal Rule of Civil Procedure 42(a) [Dkt. No. 26] is GRANTED. In addition, Plaintiff Dark Circuit Labs, Inc.'s Motion for an Extension of the Page Limit [Dkt. No. 45] is DENIED AS MOOT; however, all counsel are advised that they will not be permitted to file in excess of the page limit, and the Court will not read pages that exceed the applicable limit.

Defendants Black Sails Security LLC and John Carpenter have also noticed a hearing on their Motion to Dismiss Dark Circuit Labs Inc.'s Complaint for Friday, June 30, 2023; however, that date is too far in the future and the hearing will be rescheduled. Accordingly, it is hereby

ORDERED that civil actions No. 1:23-cv-326 and No. 1:23-cv-476 be and are CONSOLIDATED pursuant to Fed. R. Civ. P. 42(a) for all purposes. Civil action No. 1:23-cv-326 will be the lead and operative case, and further filings should be under that civil action number; and it is further

ORDERED that the hearing on defendants Black Sails Security LLC and John Carpenter's Motion to Dismiss [Dkt. No. 35] be and is RESCHEDULED to Friday, May 19, 2023, at 10:00 am.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 21st day of April, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge