# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **DARK CIRCUIT LABS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| ) Civil Case No. 1:23-cv-00326-LMB-LRV | |
| ) | |
| **BLACK SAILS SECURITY, LLC.** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## DEFENDANT ERIC MISSIMER'S MOTION TO DISMISS THE AMENDED COMPLAINT

NOW COMES the defendant, Eric Missimer ("Defendant" or "Missimer"), by and through his undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and moves this Court to dismiss the Amended Complaint (Dkt. No. 3) filed against him by the plaintiff Dark Circuit Labs ("Plaintiff" or "DCL"). In support thereof, Defendant refers the Court to his Memorandum of Points and Authorities in Support of his Motion to Dismiss the Amended Complaint filed herewith.

Filed: June 5, 2023

                                            Respectfully submitted,

                                            ERIC MISSIMER

                                             */s/Broderick C. Dunn*

Broderick C. Dunn (VSB No. 74847)
Maria E. Stickrath (VSB No. 96191)
COOK CRAIG & FRANCUZENKO, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Telephone: 703-865-7480
Facsimile: 703-434-3510
bdunn@cookcraig.com
mstickrath@cookcraig.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th day of 2023, I caused a true and accurate copy of the foregoing to be served on counsel of record via the CM/ECF system to:

| | |
|---|---|
| Gregory R. Begg, Esquire<br>Lauren Rayner Davis, Esquire<br>Lucas Taylor Daniels, Esquire<br>Steven Weber, Esquire<br>PECKAR & ABRAMASON, P.C.<br>2055 L Street, NW<br>Suite 750<br>Washington, DC 20036<br>Telephone: 202-293-8815<br>Facsimile: 202-293-7994<br>gbegg@pecklaw.com<br>ldavis@pecklaw.com<br>ldaniels@pecklaw.com<br>sweber@pecklaw.com<br>*Counsel for Plaintiff Dark Circuit Labs, Inc.* | Anne Graham Bibeau, Esquire<br>Pietro Sanitate, Esquire<br>WOODS ROGERS VADEVENTER BLACK PLC<br>101 W. Main Street, Suite 500<br>Suite 750<br>Norfolk, VA 23510<br>Telephone: 757-446-8600<br>abibeau@vanblk.com<br>psanitate@woodsrogers.com<br>*Counsel for Defendant Black Sails Security, LLC and John Carpenter* |
| Dawn Mertineit, Esquire<br>Renee Beth Appel, Esquire<br>SEYFARTH SHAW LLP<br>975 F Street NW<br>Washington, DC 20004-1454<br>Telephone: 202-828-5371<br>Facsimile: 202-828-5393<br>dmertineit@seyfarth.com<br>rappel@seyfarth.com<br>*Counsel for Defendant Keith Haddock* | Roya Vasseghi, Esquire<br>VASSEGHI BUDD LAW<br>9663-A Main Street<br>Fairfax, VA 22031<br>Telephone: 703-215-9358<br>Facsimile: 202-293-7994<br>roya@vasseghibuddlaw.com<br>*Counsel for Defendant Michael Frank* |

    /s/Broderick C. Dunn