UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DARK CIRCUIT LABS, INC.**,<br><br>Plaintiff,<br><br>vs.<br><br>**BLACK SAILS SECURITY, LLC,** *et al.*,<br><br>Defendants. | Case No.: 1:23-cv-326 (LMB/LRV) |
| **ERIC MISSIMER**,<br><br>Plaintiff,<br><br>vs.<br><br>**DARK CIRCUIT LABS, INC.**,<br><br>Defendant. | Case No.: 1:23-cv-476 (LMB/LRV) |

**DECLARATION OF STEVEN J. WEBER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT <u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15</u>**

I, **STEVEN J. WEBER, ESQ.**, hereby declare and state as follows:

1. I am an attorney with the law firm Peckar & Abramson, P.C., counsel for Plaintiff Dark Circuit Labs, Inc. (hereafter "Plaintiff" or "DCL"), and I make this declaration in support of Plaintiff's Motion for Leave to Amend Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 15.

2. A true and accurate copy of Plaintiff's Verified Complaint, dated March 10, 2023, is attached hereto as **Exhibit A**.

3. A true and accurate copy of Plaintiff's First Amended Verified Complaint, dated March 23, 2023, is attached hereto as **Exhibit B**.

4. A true and accurate copy of Plaintiff's proposed Second Amended Complaint, is attached hereto as **Exhibit C**.

5. Before the filing of this motion, counsel have met and conferred in accordance with E.D.Va. Local Rule 37.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 16, 2023

 _/s/ Steven J. Weber_
Steven J. Weber, VSB No. 35573
PECKAR & ABRAMSON, P.C.
2055 L Street, NW
Suite 750
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
SWeber@pecklaw.com
*Attorneys for Plaintiff Dark Circuit Labs, Inc.*