UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DARK CIRCUIT LABS, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **BLACK SAILS SECURITY, LLC,** *et al.*, <br><br> Defendants. | Case No.: 1:23-cv-326 (LMB/LRV) |
| **ERIC MISSIMER**, <br><br> Plaintiff, <br><br> vs. <br><br> **DARK CIRCUIT LABS, INC.**, <br><br> Defendant. | Case No.: 1:23-cv-476 (LMB/LRV) |

**PROPOSED ORDER GRANTING PLAINTIFF DARK CIRCUIT LABS, INC.'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15**

For the reasons stated in open court, Plaintiff, Dark Circuit Labs, Inc.'s ("Plaintiff") Motion for Leave to Amend Plaintiff's First Amended Complaint ("Motion"), opposition, and reply, and oral argument presented to this Court in support of the parties' position on the Motion, it is **HEREBY ORDERED** that:

1. Plaintiff's Motion is **GRANTED**.

2. Plaintiff shall file the Second Amended Complaint upon receipt of this Court's Order.

2

    3.    Defendants' pending Motions to Dismiss [ECF Nos. 35, 67-73] shall be withdrawn.

    4.    Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants shall have fourteen (14) days to respond to Plaintiff's Second Amended Complaint.

    5.    The Clerk is directed to forward copies of this Order to counsel of record.

**IT IS SO ORDERED**.

Dated:

                                                Lindsey R. Vaala
                                                United States Magistrate Judge