UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DARK CIRCUIT LABS, INC.**,

Plaintiffs,

vs.

**BLACK SAILS SECURITY LLC**, **JOHN CARPENTER**, **ERIC MISSIMER,** **MICHAEL FRANK,** and **KEITH HADDOCK**,

Defendants.

Civil Action No.: 1:23-CV-00326-LMB-LRV

**DECLARATION OF STEVEN J. WEBER, ESQ. IN SUPPORT OF PLAINTIFF DARK CIRCUIT LABS, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

I, **STEVEN J. WEBER, ESQ.**, hereby declare and state as follows:

1.      I am an attorney with the law firm Peckar & Abramson, P.C., counsel for Plaintiff Dark Circuit Labs, Inc. ("DCL"), and I make this declaration in support of DCL's Opposition to Defendants Eric Missimer, Michael Frank, and Keith Haddock's Motions to Dismiss DCL's First Amended Verified Complaint.

2.      A true and accurate copy of the Affidavit of Ronald Pelkey, dated April 6, 2023, is attached hereto as **Exhibit A**.

3.      A true and accurate copy of the Reply Affidavit of Ronald Pelkey, dated April 19, 2023, is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 19, 2023

Steven J. Weber, VSB No. 35573
PECKAR & ABRAMSON, P.C.
2055 L Street, NW
Suite 750
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
SWeber@pecklaw.com
*Attorneys for Plaintiff Dark Circuit Labs, Inc.*

2