UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARK CIRCUIT LABS, INC.,

                     Plaintiff,

v.

BLACK SAILS SECURITY LLC, JOHN CARPENTER, ERIC MISSIMER, MICHAEL FRANK, and KEITH HADDOCK,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:23-cv-00326

## NOTICE OF SETTLEMENT IN PRINCIPLE

The parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to execute the Agreement as soon as practicable, but respectfully request that the parties are given two weeks, through and until July 7, 2023, to finalize said Agreement and seek dismissal of this action from the Court. Accordingly, Defendant respectfully requests that the Court vacate the hearing scheduled for Tuesday, June 27, 2023, and any interim deadlines. Defendant Haddock is filing this Notice with Plaintiff's and co-Defendants' approval and permission.

Dated: June 23, 2023

                                                  Respectfully submitted,

                                                  /s/Renée Appel_____
                                                  Renée Appel
                                                  Virginia State Bar No. 87721
                                                  Seyfarth Shaw LLP
                                                  975 F Street, NW

Washington, D.C. 20004
Phone: 202-828-5371
Fax: 202-641-9182
rappel@seyfarth.com

Dawn Mertineit (admitted *pro hac vice*)
Massachusetts Bar No. 669988
Seyfarth Shaw LLP
Two Seaport Lane, Ste. 1200
Boston, MA 02210
Phone: 617-946-4800
dmertineit@seyfarth.com

*Attorneys for Defendant Keith Haddock*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARK CIRCUIT LABS, INC.,

                       Plaintiff,

    v.

BLACK SAILS SECURITY LLC, JOHN CARPENTER, ERIC MISSIMER, MICHAEL FRANK, and KEITH HADDOCK,

                       Defendants.

Case No. 1:23-cv-00326

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2023, a true and correct copy of the foregoing Notice of Settlement in Principle was filed with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing to the following attorneys of record:

    Steven J. Weber
    Gregory R. Begg
    Lauren Rayner Davis
    Lucas Taylor Daniels
    Peckar & Abramson, P.C.
    2055 L Street, NW
    Suite 750
    Washington, DC 20036

    *Counsel for Plaintiff*


    Broderick Coleman Dunn
    Maria Estelle Stickrath

Cook Craig & Francuzenko PLLC
3050 Chain Bridge Road
Suite 200
Fairfax, VA 22030

*Counsel for Defendant Eric Missimer*

Anne G. Bibeau
WOODS ROGERS VANDEVENTER BLACK PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510

Pietro Sanitate
WOODS ROGERS VANDEVENTER BLACK PLC
Riverfront Plaza, West Twoer
901 East Byrd Street, Suite 1550
Richmond, VA 23219

*Counsel for Defendants Black Sails Security, LLC and John Carpenter*


Dated: June 23, 2023                    Respectfully submitted,

                                         _/s/ Renée Appel_____
                                         Renée Appel
                                         Virginia State Bar No. 87721
                                         Seyfarth Shaw LLP
                                         975 F Street, NW
                                         Washington, D.C.  20004
                                         Phone: 202-828-5380
                                         Fax: 202-641-9182
                                         rappel@seyfarth.com

                                         Dawn Mertineit (admitted *pro hac vice*)
                                         Massachusetts Bar No. 669988
                                         Seyfarth Shaw LLP
                                         Two Seaport Lane, Ste. 1200
                                         Boston, MA 02210
                                         Phone: 617-946-4800
                                         dmertineit@seyfarth.com

                                         *Attorneys for Defendant Keith Haddock*

4