IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DARK CIRCUIT LABS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-cv-326 (LMB/LRV) |
| | ) | |
| BLACK SAILS SECURITY LLC, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| ERIC MISSIMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-cv-476 (LMB/LRV) |
| | ) | |
| DARK CIRCUIT LABS INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On June 23, 2023, the parties filed a Notice of Settlement advising the Court that "they have agreed in principle to settle the above-captioned matter," <u>Dark Circuit Labs Inc. v. Black Sails Security LLC, et al.</u>, No. 1:23-cv-326. [Dkt. No. 83]. The Notice of Settlement does not indicate whether the settlement extends to the consolidated civil action, <u>Eric Missimer v. Dark Circuit Labs Inc.</u>, No. 1:23-cv-476. Accordingly, it is hereby

ORDERED that all pending motions [Dkt. Nos. 35, 67, 69, 72, 77] and deadlines in No. 1:23-cv-326 be and are VACATED; and it is further

ORDERED that the parties file a stipulation of dismissal on or before July 7, 2023; and it is further

2

ORDERED that Eric Missimer and Dark Circuit Labs, Inc. immediately advise the Court whether the settlement applies to No. 1:23-cv-476.

The Clerk is directed to cancel the hearing set for Tuesday, June 27, 2023, and forward copies of this Order to counsel of record.

Entered this 23rd day of June, 2023.

Alexandria, Virginia

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge

2