

3050 Chain Bridge Road │ Suite 200
Fairfax, Virginia 22030
Phone (703) 865-7480
Fax (703) 434-3510
www.cookcraig.com

June 23, 2023

**VIA CM/ECF SYSTEM**
The Honorable Judge Leonie Brinkema
United States District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

      RE:      ***Missimer v. Dark Circuit Labs, Inc.***
                   Case No. 1:23-cv-00476 (LMB/LRV)

Dear Judge Brinkema:

      As you are aware, this firm is counsel to Eric Missimer ("Dr. Missimer") in the above referenced matter. This letter is jointly submitted with Dark Circuit Labs, Inc. ("DCL") in response to the Court's Order dated June 23, 2023. By way of brief background, this action was initiated by Dr. Missimer against DCL on April 7, 2023 in the Circuit Court of Fairfax County ("DCL II"). On April 11, 2023, DCL removed Dr. Missimer's action to United States District Court for the Eastern District of Virginia and filed a motion to consolidate DCL II with DCL's existing federal action captioned Dark Circuit Labs, Inc. v. Black Sails Security, LLC, et al., Civil Action No. 1:23-cv-00236-LMB-LRV ("DCL I"), for all purposes including trial. DCL's motion to consolidate was granted by Your Honor on April 21, 2023.

      On June 23, 2023, Defendant Keith Haddock, a defendant in DCL I, filed a Notice of Settlement in Principle indicating that the parties have agreed to material settlement terms and are working together in good faith to imminently resolve the matter. The Court thereafter issued an Order seeking clarification as to whether the parties' settlement agreement intends to resolve DCL II in addition to DCL I. Dr. Missimer and DCL submit that the parties have agreed in principle to a global resolution as to all claims in both DCL I and DCL II.

      We thank the Court for its courtesies in this matter.

                                        Very truly yours,

                                        */s/ Broderick C. Dunn*

CC: Lauren Rayner Davis, Esq.
Gregory R. Begg, Esq.
Lucas Taylor Daniels, Esq.
Steven Weber, Esq.

Case 1:23-cv-00326-LMB-LRV   Document 85   Filed 06/23/23   Page 2 of 2 PageID# 2204