UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DARK CIRCUIT LABS, INC.,<br><br>　　　　　Plaintiff,<br>vs.<br>BLACK SAILS SECURITY LLC, JOHN CARPENTER, ERIC MISSIMER, MICHAEL FRANK, and KEITH HADDOCK,<br><br>　　　　　Defendants. | Civil Action No.: 1:23-cv-00326-LMB-LRV |
| ERIC MISSIMER,<br><br>　　　　　Plaintiff,<br>vs.<br>DARK CIRCUIT LABS, INC.,<br><br>　　　　　Defendant. | Civil Action No.: 1:23-cv-00476-LMB-LRV |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

The parties Dark Circuit Labs, Inc., Black Sails Security LLC, John Carpenter, Eric Missimer, Michael Frank, and Keith Haddock, having settled the claims in this consolidated action, hereby stipulate to and petition the Court to dismiss all claims filed by any party in this consolidated case with prejudice. Therefore, good cause appearing, it is hereby ORDERED that this case is dismissed in its entirety and with prejudice. The parties are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 8/16/23

/s/
Michael S. Nachmanoff
United States District Judge

SEEN AND AGREED:

*/s/ Steven A. Weber*
*/s/ Lucas T. Daniels*
*/s/ Gregory R. Begg*
Steven A. Weber, VSB No. 35573
Lucas T. Daniels, VSB No. 91557
Gregory R. Begg, *Pro Hac Vice*
Lauren Rayner Davis, *Pro Hac Vice*
PECKAR & ABRAMSON, P.C.
2055 L Street, NW, Suite 750
Washington, DC 20036
(202) 293-8815
SWeber@pecklaw.com
LDaniels@pecklaw.com
GBegg@pecklaw.com
LDavis@pecklaw.com
*Attorneys for Plaintiff Dark Circuit Labs, Inc.*

*/s/ Anne G. Bibeau*
Anne G. Bibeau, VSB 41488
Pietro Sanitate, VSB 89538
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main Street, Suite 500
Norfolk, VA 23510
(757) 446-8517
anne.bibeau@wrvblaw.com
psanitate@wrvblaw.com
*Attorneys for Defendants Black Sails Security LLC and John Carpenter*


Broderick C. Dunn, VSB 74847
Maria Estelle Stickrath, VSB 96191
COOK CRAIG & FRANCUZENKO, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
(703) 865-7480
bdunn@cookcraig.com
mstickrath@cookcraig.com
*Attorneys for Defendant Eric Missimer*


Roya Vasseghi, VSB 85122
Erin N. Schiffman, *Pro Hac Vice*
VASSEGHI BUDD PLLC
9663-A Main Street Fairfax, VA 22203
(703) 215-9358
roya@vasseghibuddlaw.com
erin@vasseghibuddlaw.com

Steven J. Weber, VSB No. 35573
Lucas T. Daniels, VSB No. 91557
Gregory R. Begg, *Pro Hac Vice*
Lauren Rayner Davis, *Pro Hac Vice*
PECKAR & ABRAMSON, P.C.
2055 L Street, NW, Suite 750
Washington, DC 20036
(202) 293-8815
SWeber@pecklaw.com
LDaniels@pecklaw.com
GBegg@pecklaw.com
LDavis@pecklaw.com
*Attorneys for Plaintiff Dark Circuit Labs, Inc.*


Anne G. Bibeau, VSB 41488
Pietro Sanitate, VSB 89538
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main Street, Suite 500
Norfolk, VA 23510
(757) 446-8517
anne.bibeau@wrvblaw.com
psanitate@wrvblaw.com
*Attorneys for Defendants Black Sails Security LLC and John Carpenter*

*/s/*

Broderick C. Dunn, VSB 74847
Maria Estelle Stickrath, VSB 96191
COOK CRAIG & FRANCUZENKO, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
(703) 865-7480
bdunn@cookcraig.com
mstickrath@cookcraig.com
*Attorneys for Defendant Eric Missimer*


Roya Vasseghi, VSB 83122
Erin N. Schiffman, *Pro Hac Vice*
VASSEGHI BUDD PLLC
9663-A Main Street Fairfax, VA 22203
(703) 215-9358
roya@vasseghibuddlaw.com
erin@vasseghibuddlaw.com

Steven J. Weber, VSB No. 35573
Lucas T. Daniels, VSB No. 91557
Gregory R. Begg, *Pro Hac Vice*
Lauren Rayner Davis, *Pro Hac Vice*
PECKAR & ABRAMSON, P.C.
2055 L Street, NW, Suite 750
Washington, DC 20036
(202) 293-8815
SWeber@pecklaw.com
LDaniels@pecklaw.com
GBegg@pecklaw.com
LDavis@pecklaw.com
*Attorneys for Plaintiff Dark Circuit Labs, Inc.*

Anne G. Bibeau, VSB 41488
Pietro Sanitate, VSB 89538
WOODS ROGERS VANDEVENTER BLACK PLC
101 West Main Street, Suite 500
Norfolk, VA 23510
(757) 446-8517
anne.bibeau@wrvblaw.com
psanitate@wrvblaw.com
*Attorneys for Defendants Black Sails Security LLC and John Carpenter*

Broderick C. Dunn, VSB 74847
Maria Estelle Stickrath, VSB 96191
COOK CRAIG & FRANCUZENKO, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
(703) 865-7480
bdunn@cookcraig.com
mstickrath@cookcraig.com
*Attorneys for Defendant Eric Missimer*

Roya Vasseghi, VSB 85122
Erin N. Schiffman, *Pro Hac Vice*
VASSEGHI BUDD PLLC
9663-A Main Street Fairfax, VA 22203
(703) 215-9358
roya@vasseghibuddlaw.com
erin@vasseghibuddlaw.com

*Attorneys for Defendant Michael Frank*

/s/ Dawn Mertineit

Renee B. Appel, VSB 87721
Dawn Mertineit, *Pro Hac Vice*
SEYFARTH SHAW LLP
975 F. Street NW
Washington, DC 20004
(617) 946-4917
rappel@seyfarth.com
dmertineit@seyfarth.com
*Attorneys for Defendant Keith Haddock*